UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEAN M. NEMES and JAMES NEMES,
                              Plaintiffs,

17 **CIVIL** 1688 (NSR)

-against-

**JUDGMENT**

DICK'S SPORTING GOODS, INC., and
BARNETT OUTDOORS, LLC,
                            Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 23, 2021, Defendants' Motion for Summary Judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
       February 24, 2021

                                             **RUBY J. KRAJICK**

                                               Clerk of Court
                           **BY:**

                                                 **Deputy Clerk**